No. 8,031.—CONRAD MINERALS CO. ET AL., APPELLANTS, v. JEFFERSON CONSOLIDATED MINES, INC., RESPONDENT.

Decided February 15, 1940.

PER CURIAM.—The appeal in the above-entitled action is ordered dismissed as per praecipe of dismissal filed by the attorneys for appellants.

*Mr. S. C. Ford* and *Mr. R. J. Reynolds,* for Appellants.

*Mr. Harlow Pease,* for Respondent.

No. 8,032.—H. F. PATTERSON CO., APPELLANT, v. ANNA H. THOMPSON, RESPONDENT.

Decided March 13, 1940.

PER CURIAM.—Pursuant to praecipe of dismissal of the appeal herein filed by appellant, the appeal is ordered dismissed.

*Mr. Wellington D. Rankin* and *Mr. Arthur P. Acher,* for Appellant.

*Mr. J. A. Poore,* for Respondent.